# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

GREGORY J. LAMMERT and JAMIE LAMMERT,

Plaintiff,

v.

                                            Case No.

AUTO-OWNERS (MUTUAL) INSURANCE COMPANY,

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

    The undersigned counsel for _____ hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the _____ . Attached is a Certificate of Good Standing from that Court.

                                            s/

                                            Signature

Name:

Address:

Address:

Address:

Phone:

Email:

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

                \* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served via the Court's ECF filing system which will send electronic notices of same to all counsel of record this 17th day of May, 2017.

_____