_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE
_____

**GREGORY J. LAMMERT and**
**JAMIE LAMMERT,**

        **Plaintiffs,**

v.

**AUTO-OWNERS (MUTUAL)**
**INSURANCE COMPANY,**

        **Defendant**

**Case No. 3:17-cv-00819**

**JURY DEMANDED**

_____

## MOTION FOR ADMISSION PRO HAC VICE
_____

Defendant Auto-Owners (Mutual) Insurance Company and their attorneys, Baker, Donelson, Bearman, Caldwell and Berkowitz, PC, pursuant to Local Rule 83.01, move for the appearance *pro hac vice* of Todd Noteboom, Jeff Mason and Zane Gilmer of Stinson Leonard Street LLP, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, telephone number (612) 335-1500 as co-counsel for Defendant in this action. Attorneys Noteboom, Mason & Gilmer are members in good standing of the bar of the United States District Court of the District of Minnesota, Supreme Court State of Minnesota and Supreme Court State of Colorado, among others, and do not maintain an office in this District for the practice of law. Certificates of Good Standing with the United States District Court for the District of Minnesota for Mr. Mason, Supreme Court State of Minnesota for Mr. Noteboom and Supreme Court State of Colorado for Mr. Gilmer are being filed contemporaneously with this Motion.

Dated: June 26, 2017                                            Respectfully submitted,

                                                      /s/ John S. Hicks
John S. Hicks, (BPR No. 10478)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
211 Commerce Street
Suite 800
Nashville, TN 37201
615.726.7337 (Telephone)
615.744.7337 (Facsimile)
jhicks@bakerdonelson.com

Todd A. Noteboom (pro hac vice pending)
Jeff Mason (pro hac vice pending)
Zane Gilmer (pro hac vice pending)
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
612.335.1500 (Telephone)
612.335-1657 (Facsimile)
todd.noteboom@stinson.com
jeff.mason@stinson.com
zane.gilmer@stinson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

    J. Brandon McWherter (BPR No. 21600)
    Gilbert Russell McWherter Scott Bobbitt, PLC
    341 Cool Springs Boulevard
    Suite 230
    Franklin, Tennessee 37067
    bmcwherter@gilbertfirm.com

T. Joseph Snodgrass *(pro hac vice to be filed)*
Larson King, LLP
30 East Seventh Street
Suite 2800
St. Paul, Minnesota 55101
jsnodgrass@larsonking.com


David McMullan, Jr. (*pro hac vice to be filed*)
Don Barrett (*pro hac vice to be filed*)
Don Barrett, P.A.
404 Court Square
Lexington, Mississippi 39095
dmcmullan@barrettlawgroup.com

Attorneys for Plaintiffs and Putative Class Representatives


            /s/ John S. Hicks
            John S. Hicks