# IN THE UNITED STATES DISTRICT COURT|
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| GREGORY J. LAMMERT and ) <br> JAMIE LAMMERT, LARRY ) <br> REASONS, and SUSAN REASONS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AUTO-OWNERS (MUTUAL) ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 3:17-cv-00819 <br><br> Judge Crenshaw <br> Magistrate Judge Holmes <br><br> JURY DEMANDED |

## PLAINTIFF'S MOTION TO ADMIT *PRO HAC VICE* PETER J. SCHWINGLER

Defendant Auto-Owners (Mutual) Insurance Company ("Auto-Owners"), pursuant to Local Rule 83.1(d), hereby moves for the admission *pro hac vice* of Peter J. Schwingler as additional counsel of record for Auto-Owners in this action. Mr. Schwingler is an attorney practicing with the law firm of Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402. Mr. Schwingler's business telephone number is (612) 335-1564 and his e-mail address is peter.schwingler@stinson.com.

Mr. Schwingler is not a resident of this district, nor is his primary office for practice of law in this district. Auto-Owners is attaching as Exhibit 1 to this motion a Certificate of Good Standing for Mr. Schwingler from the United States District Court for the District of Minnesota. Auto-Owners is attaching as Exhibit 2 a proposed Order granting Mr. Schwingler permission to practice before this Court in this particular case.

WHEREFORE, Auto-Owners respectfully requests that the Court admit Peter J. Schwingler to practice in this particular case as its counsel.

DATED this 16th day of May, 2019.

    Respectfully submitted,

    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

    s/ John S. Hicks
    John S. Hicks (BPR No. 10478)
    211 Commerce Street, Suite 800
    Nashville, Tennessee 37201
    Telephone: 615.726.7337
    Facsimile: 615.744.7337
    jhicks@bakerdonelson.com

    Todd A. Noteboom (admitted pro hac vice)
    Stinson LLP
    50 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: 612.335.1894
    Facsimile: 612.335.1657
    todd.noteboom@stinson.com

    Peter J. Schwingler (*pro hac vice pending*)
    STINSON LLP
    50 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: 612.335.1564
    Facsimile: 612.335.1657
    peter.schwingler@stinson.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 16th, 2019, a true and correct copy of the foregoing Motion to Admit Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

J. Brandon McWherter
Gilbert Russell McWherter Scott Bobbitt, PLC
341 Cool Springs Boulevard
Suite 230
Franklin, Tennessee 37067
bmcwherter@gilbertfirm.com

T. Joseph Snodgrass
Larson King, LLP
30 East Seventh Street
Suite 2800
St. Paul, Minnesota 55101
jsnodgrass@larsonking.com

David McMullan, Jr.
Don Barrett
Don Barrett, P.A.
404 Court Square
Lexington, Mississippi 39095
dmcmullan@barrettlawgroup.com

                                                                                     s/ John S. Hicks
                                                                                     John S. Hicks