IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GREGORY J. LAMMERT and JAMIE LAMMERT, LARRY REASONS, and SUSAN REASONS,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS (MUTUAL) INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 3:17-cv-00819<br><br>Judge Crenshaw<br>Magistrate Judge Holmes<br><br>JURY DEMANDED |

## MOTION TO ADMIT *PRO HAC VICE* TIMOTHY P. GRIFFIN

The undersigned counsel for Auto-Owners (Mutual) Insurance Company ("Auto-Owners"), hereby moves for admission to appear *pro hac vice* as additional counsel in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Minnesota. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

I practice with the law firm of Stinson, LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402. My business telephone number is (612) 335-1937 and my e-mail address is timothy.griffin@stinson.com.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing declaration is true and correct this 26th day of July, 2019.

/s/ Timothy P. Griffin
Timothy P. Griffin

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ John S. Hicks
John S. Hicks (BPR No. 10478)
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: 615.726.7337
Facsimile: 615.744.7337
jhicks@bakerdonelson.com

Todd A. Noteboom (admitted pro hac vice)
Stinson Leonard Street, LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612.335.1894
Facsimile: 612.335.1657
todd.noteboom@stinson.com

Peter J. Schwingler (admitted pro hac vice)
STINSON, LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1564
Facsimile: 612.
peter.schwingler@stinson.com

## CERTIFICATE OF SERVICE

       I hereby certify that on July 26th, 2019, a true and correct copy of the foregoing Motion to Admit Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

J. Brandon McWherter
Gilbert Russell McWherter Scott Bobbitt, PLC
341 Cool Springs Boulevard
Suite 230
Franklin, Tennessee 37067
bmcwherter@gilbertfirm.com

T. Joseph Snodgrass
Larson King, LLP
30 East Seventh Street
Suite 2800
St. Paul, Minnesota 55101
jsnodgrass@larsonking.com

David McMullan, Jr.
Don Barrett
Don Barrett, P.A.
404 Court Square
Lexington, Mississippi 39095
dmcmullan@barrettlawgroup.com

                                                  /s/ John S. Hicks
                                                  John S. Hicks

4839-0968-5917v1
2940822-000001 07/26/2019
Case 3:17-cv-00819   Document 105   Filed 07/26/19   Page 3 of 3 PageID #: 3058