IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY J. LAMMERT, et al ) | |
| ) | |
| v. ) | NO. 3:17-0819 |
| ) | Crenshaw/Holmes |
| AUTO OWNERS (MUTUAL) ) | |
| INSURANCE COMPANY ) | |

**O R D E R**

A status and discovery conference was held on January 10, 2020. Counsel appearing were: Brandon McWherter and Joseph Snodgrass for Plaintiffs and John Hicks for Defendant. At the status/discovery conference, counsel reported that the parties have reached a settlement in principle, subject to completion of necessary paperwork and approval by the Court. By no later than **February 18, 2020**, the parties must file a motion for preliminary approval of the settlement. Further briefing on the pending motion for class certification is suspended, as is resolution of the pending discovery dispute (*see* Docket No. 163), to allow the parties to finalize the settlement paperwork and to prepare and file the motion for preliminary approval.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge