UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY J. LAMMERT, ) | |
| JAMIE LAMMERT, ) | |
| LARRY REASONS and ) | |
| SUSAN REASONS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:17-cv-00819 |
| v. ) | |
| ) | |
| AUTO-OWNERS (MUTUAL) ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Joint Motion to Reschedule Final Fairness Hearing and For Extension To File Briefs and Materials in Support of a Final Approval Order (Doc. No. 171) is **GRANTED.** The fairness hearing set for September 29, 2020 is CANCELLED, to be reset after the class award audit process has been completed. The parties shall file a joint status report by **October 30, 2020.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE