IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

___

| | |
|---|---|
| GREGORY J. LAMMERT, JAMIE LAMMERT, LARRY REASONS, and SUSAN REASONS,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS (MUTUAL) INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 3-17-cv-00819<br><br>Waverly D. Crenshaw, Jr.<br>Barbara D. Holmes<br><br>JURY DEMANDED |

___

### PLAINTIFFS' MOTION FOR SERVICE AWARDS AND AWARDS OF ATTORNEYS' FEES, COSTS AND EXPENSES TO CLASS COUNSEL
___

Pursuant to Rule 23(e) and (h) and Rule 54(d)(2) of the Federal Rules of Civil Procedure and the Parties' Settlement Agreement, Plaintiffs Plaintiffs Gregory J. Lammert, Jamie Lammert and Susan Reasons (collectively "Plaintiffs") respectfully move the Court in the above-captioned action for an Order granting Plaintiffs' Motion for Service Awards and Awards of Attorneys' Fees, Costs and Expenses to Class Counsel.

This Motion is based upon the Parties' Settlement Agreement and supporting documents, and the entire files and proceedings herein.

Dated:  January 19, 2021

Respectfully submitted,
By: *s/ J. Brandon McWherter*
J. BRANDON McWHERTER - #21600
McWHERTER SCOTT & BOBBITT, PLC
341 Cool Springs Blvd, Suite 230
Franklin, TN  37067
(615) 354-1144
brandon@msb.law

T. JOSEPH SNODGRASS (admitted *pro hac vice*)
LARSON • KING, LLP
30 East Seventh St., Suite 2800
St. Paul, MN  55101
(651) 312-6500
jsnodgrass@larsonking.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing was filed electronically and that notice of this filing will be sent electronically via the Court's electronic filing system on this the 19th day of January, 2021 to all counsel of record:

Todd A. Noteboom
Peter J. Schwingler
Zane A. Gilmer
Timothy P. Griffin
STINSON LEONARD STREET LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
todd.noteboom@stinson.com
zane.gilmer@stinson.com
peter.schwingler@stinson.com
timothy.griffin@stinson.com

John S. Hicks
Charles C. McLaurin
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ,  PC
211 Commerce Street
Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com
cmclaurin@bakerdonelson.com

*s/ J. Brandon McWherter*

1982652