UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY J. LAMMERT,<br>JAMIE LAMMERT,<br>LARRY REASONS and<br>SUSAN REASONS,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS (MUTUAL)<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 3:17-cv-00819<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

By noon on **January 28, 2021,** the Plaintiffs shall file the following to assist the Court's review of Plaintiffs' pending motions (Doc. No. 175 and 177):

1. Proposed order of final approval;

2. Affidavits of Plaintiffs describing with specificity their individual efforts that support their request for service awards in the total amount of $52,000.00; and

3. Supplemental memorandum of law applying the lodestar method to Plaintiffs' request for attorney fees.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE